■ In the Matter of ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., Petitioner, against J. IRWIN SHAPIRO, as Acting Justice of the

Supreme Court, Queens County, Respondent.— Petition to revoke opinions and for other relief, denied, without costs. Motion to dismiss petition as a matter of law, pursuant to section 1293 of the Civil Practice Act, on the ground that it fails to state facts sufficient to entitle petitioner to the relief demanded. Motion granted, without costs. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.